**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Catherine Louise Stagg
Attorney at Law
426 Kirby Street, Ste A
Lake Charles LA 70601

Douglas K. Hall
Attorney at Law
901 Lakeshore Drive, #700
Lake Charles LA 70629

P. J. M.
Holmstead Ship Yard
904 W. Prien Lake Rd.
Lake Charles LA 70601


**REHEARING ACTION: January 26, 2011**


**Docket Number: 10   00841-JAC consolidated with 842-JAC**

**STATE IN THE INTEREST OF J. Y. M.**

**Appealed from Calcasieu Parish Case No. 22261 C/W 22983**


**<u>BEFORE JUDGES</u>:**

 **Hon. Jimmie C. Peters**
 **Hon. James T. Genovese**
 **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **P. J. M.** has this day been

 **DENIED.**


cc: Robert John Elliott, Counsel for the Appellee
 Stacey C. Naquin, Counsel for the Appellee
 Elizabeth Thornhill, Counsel for the Appellee
 Edward M. Nichols, Jr., Counsel for the Appellee